■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. DARREN STATON, Appellant, v BRUCE YELICH, as Superintendent of Bare Hill Correctional Facility, Respondent. [878 NYS2d 923]—Appeal from a judgment of the Supreme Court (Feldstein, J.), entered August 14, 2008 in Franklin County, which denied petitioner's application for a writ of habeas corpus, in a proceeding pursuant to CPLR article 70, without a hearing.

In 1994, petitioner was convicted of unlawful imprisonment in the first degree and criminal possession of a weapon in the fourth degree and sentenced as a persistent felony offender to an aggregate prison term of 15 years to life (*People v Staton*, 235 AD2d 560 [1997], *lv denied* 89 NY2d 1101 [1997]). Petitioner thereafter commenced this CPLR article 70 proceeding seeking a writ of habeas corpus contending that the persistent felony offender sentencing provisions of Penal Law § 70.10 and CPL 400.20 violate his US Constitution 6th Amendment rights. Inasmuch as this argument has been considered and rejected by the Court of Appeals (*see People v Rivera*, 5 NY3d 61, 68 [2005], *cert denied* 546 US 984 [2005]; *see also People v Gilbo*, 52 AD3d 952, 955 [2008], *lv denied* 11 NY3d 788 [2008]; *People v Eberhart*, 48 AD3d 898, 899 [2008], *lv denied* 10 NY3d 958 [2008]; *People v Jackson*, 46 AD3d 1110, 1111 [2007], *lv denied* 10 NY3d 766 [2008]), Supreme Court properly denied petitioner the requested relief.

Cardona, P.J., Spain, Kane, Stein and McCarthy, JJ., concur. Ordered that the judgment is affirmed, without costs.